IN THE UNITED STATES DISTRICT COURT
FOR THE ASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARRIE GRAY**                                                                **PLAINTIFF**

v.                    CASE NO. 4:25-CV-01190-BSM

**SARAH HUCKABEE SANDERS,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of January, 2026.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE